

# GREENE COUNTY

Incident #: 25L-20872

Reporting Officer: Danielle Hildebrand

Report Time: 07/21/2025 00:00:00

## Incident

Incident Nature
**MOTOR VEHICLE THEFT/STOLEN AUT**

Occurred To
**07/21/2025 00:00:00**

Contact
**MARIO JONES**

Disposition Date
**07/29/2025**

Cleared Date

Address
████████████
**RUCKERSVILLE, Virginia 22968**

Received By
**Cameron Purcell**

Disposition
**Cleared Arrest, Adult**

Cleared
**N**

Clearance
**Report to Follow**

Occurred From
**06/27/2025 00:00:00**

How Received
**Telephone**

Miscellaneous Entry

Judicial Status

Cargo Theft Related
**N**

Responding Officer(s)
**Danielle Hildebrand**

## Offenses

### 240-STOLEN VEHICLE (SVEH)

Completed?
**C**

Premises Entered?

Statute
**18.2-178**

Method Of Entry

Location Type
**20**

Description
**OBTAIN MONEY BY FALSE PRETENSE**

Gambling Motivated?

Cargo Theft Related?

Category

Bias Motivation
**88**

Offender Used
**N**

## Persons

## JONES, MARIO D
## Victim



| Address | Phone ( ) - | DOB |
|---|---|---|
| Race Black/African American | Sex Male | Ethnicity Non-Hispanic |
| Height 6'04" | Weight 307 | |

## JENKINS, SHAUN D
## Offender



| Address | Phone ( ) - | DOB  |
|---|---|---|
| LONGER @ ADDRESS) CHARLOTTESVILLE Virginia 22901 | | |
| Race Black/African American | Sex Male | Ethnicity Non-Hispanic |
| Height 6'01" | Weight 180 | |

# Vehicles

## 2012 Honda                                          Stolen

| License TBX4422 | State Virginia | Color Black |
|---|---|---|
| VIN 5FNRL5H90CB020642 | Owner JONES, MARIO D | License Type Regular Passenger Automobile |
| Value $13,000.00 | Amount Recovered $13,000.00 | |

# Narratives

## Original Narrative                        07/28/2025 07:53:08

On July 21, 2025, while on duty with the Greene County Sheriff's Department, I, Deputy Hildebrand, took a call for service in the lobby regarding a possible vehicle theft. Once in the lobby, I made contact with Mr. Mario Jones, who informed me that his vehicle had been stolen. Mr. Jones shared with me that Mr. Shaun Jenkins was interested in buying his 2012 black Honda Odyssey Van. Mr. Jones explained to Mr. Jenkins that the van needed some work done, and he offered to get it fixed at a cost or sell it as is. Mr. Jenkins asked him to get the van fixed, and he would pay. On June 27, 2025, Mr. Jenkins came to Mr. Jones' home in Ruckersville, VA, to buy the van. Mr. Jones said Mr. Jenkins then informed him that he had left his Check to pay him at his house and needed to go

get it. Mr. Jones then told Mr. Jenkins that he could test drive the van to his home and get the check.

Mr. Jones said after a few hours of not hearing from Mr. Jenkins, He texted him to ask for the money. Mr. Jones said he did not hear back from him until a few days later. Mr. Jenkins then texted him back, saying his check should be in the mail on Monday. Mr. Jenkins never came to pay Mr. Jones. Mr. Jones said a few text messages were sent promising to pay him. But never received the money. Mr. Jones said he told Mr. Jenkins that he wanted his van back or the money. Mr. Jenkins then stopped answering calls and texts from Mr. Jones. Mr. Jones then showed me all the messages between him and Mr. Jenkins in regard to the van. Mr. Jones said he even went to Mr. Jenkins' house in Charlottesville, VA, to look for the Van, but the house had a key box on the door as if no one lived there anymore. Mr. Jones said he wanted to file charges for a stolen vehicle.

Mr. Jones was given a criminal complaint sheet to fill out and go before the magistrate. Once in front of the Magistrate, Mr. Jones was not granted the charge due to it being a felony. I, Deputy Hildebrand, was then able to seek the charges on behalf of Mr. Jones after speaking with the commonwealth. A Felony Arrest warrant was issued on Mr. Shaun Jenkins for 18.2-178, Obtain money or property under false pretense.

I then asked Mr. Jones to send me all the text messages between Mr. Jenkins and him regarding the van.

A report was generated 25I-20872

## Supplemental Narrative

## 07/30/2025 03:58:59 TERRY PITTMAN

25L-20872 Supplement
07/29/2025
Dep. T E Pittman  #238

  On the above date at approximately 2017, Dispatch received a call from Fairfax in reference to the vehicle involved in this case.  Fairfax advised that they had recovered the vehicle and had arrested the male subject involved in the case.  I spoke with the Officer involved.  Capt. Freid was informed of the recovery.  The vehicle was impounded by Fairfax and a teletype was sent to Greene Dispatch.  A copy of the paperwork was placed in Dep. Hildebrand's mailbox.  An email was sent to Dep. Hildebrand about the information.  Dispatch has removed the vehicle from VCIN/NCIC as stolen.

Nothing Further

## Supplemental Narrative

## 07/31/2025 11:12:17 Brian Shifflett

On July 31, 2025, I, Captain Shifflett, contacted Investigator Wesley Simms with the DMV, who will be handling the investigation into this matter.

Shortly afterward, I received a phone call from Shaun Jenkins inquiring about when he could pick up the vehicle. I informed him that the vehicle is currently being held in impound due to an active investigation regarding vehicle theft and the alleged forgery of Mr. Mario Jones's signature on the title. I advised Mr. Jenkins that the vehicle would not be released at this time.

Mr. Jenkins stated that he and Mr. Jones went to the DMV together and that it should be captured on video. I will forward that information to Investigator Simms for follow-up.

I then contacted Mr. Mario Jones and asked him what had happened. He provided a lengthy explanation consistent with the narrative previously documented by Deputy Hildebrand. When I specifically asked if he and Mr. Jenkins had gone to the DMV together, Mr. Jones stated, "Absolutely not." He advised that Mr. Jenkins never returned with his vehicle

## Supplemental Narrative    08/02/2025 16:42:59 Danielle Hildebrand

While on duty with the Greene County Sheriff's Office, I Deputy Hildebrand went to the DMV in Charlottesville, VA, on Pantops to get more information about the stolen vehicle case. Next, I made contact with the Branch Manager, Mrs. Shawnta Terry, to request the following regarding this case. The CCTV footage of Shaun Jenkins and Mario Jones' interaction while at the DMV. A copy of the Paperwork that Shaun Jenkins used to get the Van registered in his name.
Mrs. Terry informed me that I needed to speak with someone from DMV in Richmond regarding this case. I told her that Captain Shifflett from my agency has been working with investigator Wesley Simms from DMV on this case. Mrs. Terry was given a copy of the report and the request for information to send to Richmond.
I was then informed that I needed to fill out an LE 400 form to request any information. Then send it to the email address provided on the paperwork.
Once back at the sheriff's office, LE 400 was filled out and submitted to the DMV.

## Supplemental Narrative    08/13/2025 10:36:32 Danielle Hildebrand

On August 1, 2025, I Deputy Hildebrand Spoke to Mr. Shaun Jenkins on the phone about the events that occurred between Mr. Mario Jones and him. Mr. Jenkins shared that he was buying a car from Mr. Jones. Mr. Jones told him that the car needs some work done. He was willing to sell it as is, or he would get it fixed and add the cost to the price of the car. Mr. Jenkins agreed with him to get it fixed and was ok with the payment arrangement. Mr. Jenkins shared that he and Mr. Jones had a verbal agreement where he would make payments of $500 to $750 a month until paid off. Mr. Jenkins was able to leave Mr. Jones' house with the vehicle, and no money was exchanged. Mr. Jenkins' first payment was due in June.
Mr. Jenkins then shared that he was going through a hard time at the moment. Mr. Jenkins said he had just lost his house, one of his restaurants had closed, and that he was working on getting Jones' money.
Mr. Jenkins also shared that he was able to get insurance on the car and registration at the DMV on the same day ( May 23, 2025). When I asked Mr. Jenkins about the title, he said Mario told him to meet him at the DMV. Mr. Jenkins said Mr. Jones signed the title and gave it to him.
Mr. Jenkins said Mr. Jones is upset because he has not paid him any money, and the payment is due.
While speaking with Mr. Jenkins, he asked about getting his belongings out of the car, as it was on hold in the tow yard. After speaking with the commonwealth, asking if Mr. Jenkins could get his belongings from the car and he said yes. Then I called Mr. Jenkins and let him know the outcome.
A few days later, I was working on getting the information, Forms, and requests for Video from the DMV. But I need to confirm the dates and times for when Mr. Jenkins and Mr. Jones went to the DMV together, or not. Mr. Jones gave the Date of May 30th, and Mr. Jenkins May 23, 2025. So I texted Mr. Jenkins, asking for a picture of the title if he had it and the exact day he went to the DMV again. Mr. Jenkins did not give me the information, and he responded by saying he is being

careful of what information he gives because of the investigation. Informed him that I was working on getting the video from the DMV, and thank you.

A few Days later, I was able to obtain a copy of the title and information from the DMV. A copy of all the forms was given to the commonwealth.

## Supplemental Narrative    08/26/2025 14:30:52 Danielle Hildebrand

On August 20, 2025, I Deputy Hildebrand went to Mr. Mario Jones' home at 90 Mannie Ct., Ruckersville, VA 22968 to follow up with his case. Once on location, I made contact with Mr. Jones. Mr. Jones then started showing me a bag with a lot of paperwork and Titles inside. Mr. Jones then stated that he remembered signing the title at his house in the presence of Mr. Jenkins. Mr. Jones then said that after he signed the title, Mr. Jenkin said his check was at the house and that he would bring the money back to him. Mr. Jones said he was ok and that he could drive the van to get the money. Mr. Jones said that before Mr. Jenkins left, he put the title in the glove compartment because he had somewhere to go. So that when Mr. Jenkins returned with the Money/check, he could just drop it off. Mr. Jones also shared that he had a lot of personal things going on at the time, and he was getting very forgetful. A few weeks passed after he traveled out of town, and he reached out to Mr. Jenkins by phone and text messages. Mr. Jones then shared that he wants the money or his van back. Mr. Jones has not received any money from Mr. Jenkins yet.

## Supplemental Narrative    01/07/2026 22:49:26 Danielle Hildebrand

On 1/6/2025, while on duty with the Greene Sheriff's Office, I, Deputy Hildebrand receive a call from Captain B. Shifflett regarding case 25I-20872. Cap. Shifflett informed me that Mr. Shaun Jenkins said the tow company (Willow Spring Towing) sold his car. Cap. Shifflett asked me if I knew anything about this issue. I informed him No; the vehicle is being held at the tow company for evidence or until the court date. The court date is January 21, 2026, and the car should still be on hold. I also informed Cap. Shifflett, I did not release the vehicle from the hold. Cap. Shifflett advised me to call Commonwealth Win C. to inform him of the events that had taken place. While speaking with Commonwealth Win about the car being sold, he informed me that we will handle the court issues on January 21st, and the car being sold is not our issue.

I then called the Willow Tow Company in Fairfax, VA, for more information. I spoke with Manager Rob Murrah about the events that took place. Mr. Rob informed me that the vehicle was placed on hold by me (Danielle Hildebrand) for evidence. But on 8-10-2025, someone from Greene County called to release the car. Mr. Rob had no record of who called to release the car. Mr. Rob also shared that the car was empty when they opened it. I informed him that I called the company to give permission for Mr. Jenkins to retrieve all his belongs out of the car. And I requested that the car remain on hold until the court date.

Mr. Rob shared that they went through the DMV and were able to obtain a new title for this vehicle. Due to the car lot fees not being paid, no one came to pick it up, and we obtained a clear title from DMV. Mr. Rob said the car was sold on November 3, 2025.

I then requested a copy of all the records and all notes involving the Black Honda Odyssey with Vin ended in 0642.

Later that evening, I received a copy of the bill of sale from Willow Spring Tow, but no detailed notes.

Next, I called Cap. Shifflett to provide information about the events that happened. Cap. Shifflett said he would inform Major White of the details.

Then I called Mr. Shaun to informed him that I had spoken to with the Tow company. And that I did

not release the vehicle, and it should still be on hold.
I also called Mr. Mario Jone to inform him about the situation of the car.
My body camera was active during all the conversations involving this event on Jan 6, 2026.

# WARRANT OF ARREST – FELONY    25L-20872

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

Greene
CITY OR COUNTY

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **06/27/2025** did unlawfully and feloniously in violation of Section

**18.2-178** , Code of Virginia:

obtain by false pretense or token 2012 Honda Odyssey Touring belonging to Mario's Cab Service and valued at $1000.00 or more with the intent to defraud.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Jones, Mario**
, Complainant.

## CCRE/Fingerprinting Required

07/21/2025 12:14 PM
DATE AND TIME ISSUED

*Patricia Last*

[ ] CLERK    [X] MAGISTRATE    [ ] JUDGE
Patricia Last

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

---

CASE NO.

F

ACCUSED:

Jenkins, Shaun Devon
LAST NAME, FIRST NAME, MIDDLE NAME

ADDRESS/LOCATION

Hearing Date/Time

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|---|-----|---|------|------|------|
| | | MO. DAY YR. | | FT. IN. | | | | |
| B | M | | | 5' 01" | | 180 | BRO | BLK |

SSN

D.L.#                    STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

## CLASS _U_  FELONY

[ ] EXECUTED by arresting the Accused named above on this day:

DATE AND TIME OF SERVICE

, Arresting Officer

BADGE NO., AGENCY AND JURISDICTION

for
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000**

Offense Tracking Number:
**079GM2500001443**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:    **FRD-2743-F9**

**FELONY**

Case 3:26-cv-00016-JHY-JCH Document 11-1 Filed 05/12/26 Page 8 of 36 Pageid#: 61

Code of Virginia
Title 18.2. Crimes and Offenses Generally
Chapter 6. Crimes Involving Fraud

# § 18.2-178. Obtaining money or signature, etc., by false pretense.

A. If any person obtain, by any false pretense or token, from any person, with intent to defraud, money, a gift certificate or other property that may be the subject of larceny, he shall be deemed guilty of larceny thereof; or if he obtain, by any false pretense or token, with such intent, the signature of any person to a writing, the false making whereof would be forgery, he shall be guilty of a Class 4 felony.

B. Venue for the trial of any person charged with an offense under this section may be in the county or city in which (i) any act was performed in furtherance of the offense, or (ii) the person charged with the offense resided at the time of the offense.

Code 1950, § 18.1-118; 1960, c. 358; 1975, cc. 14, 15; 2001, c. 131; 2006, c. 321.

The chapters of the acts of assembly referenced in the historical citation at the end of this section may not constitute a comprehensive list of such chapters and may exclude chapters whose provisions have expired.

7/21/202.

**Virginia Law Library**
The Code of Virginia, Constitution of Virginia, Charters, Authorities, Compacts and Uncodified Acts are now available in EPub eBook format. ©

**Helpful Resources**
Virginia Code Commission
Virginia Register of Regulations
U.S. Constitution

**For Developers**
The Virginia Law website data is available via a web service. ©



**CRIMINAL COMPLAINT**

Commonwealth of Virginia

RULES 3A:3 AND 7C:3

Greene

CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

June 27, 2025

DATE OFFENSE OCCURRED

in the [ ] City [ ] County [ ] Town

of ............................ Greene ............................

I base my belief on the following facts: (Print ALL information clearly.)

I AM MARIO JONES I HAD MY CAR STOLEN by Shaun JENKINS. HE WAS Attempting to supposedly by MY Vehicle but he didn't give ME the MONEY. HE CLAIMED to be going to his house to get The Check, ~~and~~ but he NEVER Showed back up with the MONEY AND he's hidding. I have TEXT MESSAGES BETWEEN he AND I WHERE he's Stating that he's going to PAY ME MY MONEY for MY Vehicle.

18.2-178 obtaining money or Property by false pretense

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:

• By swearing to these facts, I agree to appear in court and testify if a warrant or summons is issued.

• The charge in this warrant cannot be dismissed except by the court, even at my request.

MARIO D. JONES

NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

_Mario D. Jones_

SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

7/21/2025 12:17 PM 1:31

DATE AND TIME

_Patricia Last_

[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

Patricia Last

FORM DC-311 REVISED 07/11 (A231939 12/22)

---

**CRIMINAL COMPLAINT**

ACCUSED: Name, Description, Address/Location

Jenkins, Shaun Devon

LAST NAME, FIRST NAME, MIDDLE NAME

| | | COMPLETE DATA BELOW IF KNOWN | | | | |
|---|---|---|---|---|---|---|
| RACE | SEX | BORN | HT | WGT. | EYES | HAIR |
| | | MO. | DAY | YR. | FT | IN. | | | |
| B | M | | | | 6 | 1 | 180 | Brown | BLK |
| SSN | | | | | | |

[ ] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by

[ ] Commonwealth's attorney
[X] Law-enforcement agency having jurisdiction over alleged offense

_D. Hildebrand_

NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

7/21/25    12:01

DATE AND TIME AUTHORIZATION GIVEN

**Willow Spring Towing and Recovery, Inc.**
14395 Penrose Place
Chantilly, VA 20151
Ph: 703-631-9339   Fax: 703-631-3295



# Invoice #P-72507

Date:   9/16/2025

For:

FX CTY PD

| Due Date | Terms | P.O. Number |
|---|---|---|
|  | Net 30 |  |

From:

To:

Owner:

Phone #:

Member #:

Service Date: 7/29/2025 8:10:00 PM

Driver:       W51

Ticket #:

Reason for Tow:  Impound

| Vehicle | VIN | Veh # | Tag | State | Odometer |
|---|---|---|---|---|---|
| Black 2012 HONDA ODYSSEY TOUR/TOUR ELITE | 5FNRL5H90CB020642 |  | TBX4422 | VA |  |

| Qty | Service | Rate | Adjustment | Tax | Amount |
|---|---|---|---|---|---|
| 1.00 | Impound | $245.86 | $0.00 | $0.00 | $245.86 |
| 1.00 | Storage @ $87.42 per day (7/29/2025 8:10 PM) through (9/16/2025 2:06 PM) | $4,371.00 | $0.00 | $0.00 | $4,371.00 |
| 1.00 | Administraton Fee | $163.91 | $0.00 | $0.00 | $163.91 |

Released To :

Notes:

Thank You For Your Business!

Received By:                                          Date:

Thank You For Your Business!

Page 1 of 1



Virginia Department of Motor Vehicles
P.O Box 27142 Richmond, Va. 23269-0001

TRANSCRIPT OF VEHICLE RECORD AS OF   08/06/2025 13:42:11:3
PAGE: 1

RSN FOR REQ: MECHANICS'/STORAGE LIEN

REQUESTED BY:
WILLOW SPRING TOWING & RECOVERY INC



MSL APPLICANT:
WILLOW SPRING TOWING & RECOVERY INC





INFORMATION PROVIDED BY REQUESTOR: 5FNRL5H90CB020642

VEHICLE OWNER(S) - NAME/ADDRESS:
JENKINS,SHAUN DEVON



VEHICLE TITLE INFORMATION:
        TITLE NO:
     TITLE EST DT:
      PURCHASE DT:
     VEHICLE YEAR: 2012
 EMPTY/GROSS WGT: 4,541
         ODOMETER: 253,804
      DISPOSITION:
     NCIC CHECKED: YES
    OWNERSHIP DOC:
          DEALER:
      CURRENT VCO: BLACK/
     ORIGINAL VCO: BLACK/
 PPTR VEHICLE USE:

        VEHICLE MAKE: HONDA
          BODY TYPE: VAN
             MODEL: ODYSSEY
               VIN: 5FNRL5H90CB020642
           GVWR/GCWR:
     ODOMETER TYPE: ACTUAL MILEAGE
      DISPOSITION DT:
 REPLICA ASSEMBLY YEAR: 0000

PAGE: 3

NO LIEN ON THIS TITLE

OTHER VEHICLE INFORMATION: NONE ON FILE

ADDITIONAL INFORMATION FOR MECHANICS' OR STORAGE LIEN TRANSCRIPTS:

NCIC CHECKED: YES
VIN EDIT PASSED FOR: 5FNRL5H90CB020642
NADA LOAN VALUE: $6025
VEHICLE OWNER ACTIVE MILITARY DUTY/SERVICE: NO




## COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE FOR A VEHICLE
### KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH. THAT THE APPLICANT NAMED ON THE FACE HEREON HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE, AND THAT FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE HEREON DESCRIBED VEHICLE IS SUBJECT TO THE SECURITY INTEREST RECORDS ON FILE WITH THIS DEPARTMENT AND AS DESCRIBED HEREON, IF ANY. THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH ALSO PROVIDE THAT ALL TITLE AND REGISTRATION INFORMATION IN THE OFFICE OF THE DEPARTMENT OF MOTOR VEHICLES IS PRIVILEGED AND ONLY SUBJECT TO DISSEMINATION TO AUTHORIZED AGENCIES, BUSINESS ORGANIZATIONS OR AGENTS, GOVERNMENTAL ENTITIES AND INDIVIDUALS UNDER THE CONDITIONS SPECIFIED BY MOTOR VEHICLE CODE SECTIONS 46.2-208, 46.2-209 AND 46.2-210.

ESTABLISHED 10/08/21  281  MD1598  ORIGINAL

| VEHICLE IDENTIFICATION NO | | YEAR | MAKE | | VEHICLE BODY | TITLE NO. |
|---|---|---|---|---|---|---|
| 5FNRL5H90CB020642 | | 2012 | HONDA | | VAN | 2516103111 |

| EMPTY WGT. | GROSS WGT. | GVWR | GCWR | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 4541 | | | | 2 | GAS | 515.31 | *153137* | 10/08/21 |

| OTHER PERTINENT DATA | ODOMETER BRAND | PRIOR TITLE NO. |
|---|---|---|
| MD1598 | ACTUAL | 1608309315 |

Name(s) and address(es) of vehicle owners

MARIO'S CAB SERVICE LLC

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

CHARL▓▓▓▓▓▓▓▓▓▓▓▓

NO LIENS

THIS IS NOT A TITLE NUMBER

G446 286 20

---

**A** — ASSIGNMENT OF TITLE BY OWNER • NOTIFY DMV WHEN VEHICLE IS SOLD •

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following (printed name and address of Buyer(s))

Buyer(s) Name  Shown Jenkins

Street ▓▓▓▓▓▓▓▓▓▓▓▓ Ln  City, State, Zip ▓▓▓▓▓▓▓▓▓▓▓

I certify to the best of my knowledge that the odometer reading is ☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits ☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

DATE OF SALE 5/23/25
SALE PRICE $2,760

ODOMETER READING (No Tenths) ▓▓▓▓▓▓

Signature of Seller(s)  Mario D. Jones

Printed Name of Seller(s)  MARIO D. JONES  OWNER

Signature of Buyer(s)  ▓▓▓▓▓▓

I am aware of the above odometer certification made by the Seller(s)

Printed Name of Buyer(s)  Shown J. Jenkins

I am aware of the above odometer certification made by the Seller(s)

Seller warrants this certificate of title except that at the time of transfer it may be subject to her. See section P

Dealer's No. _____  Licensing Jurisdiction _____

---

**VOID IF ALTERED**

MARIO'S CAB SERVICE LLC
2695 ALDERSGATE WAY
CHARLOTTESVILLE VA 22911-5609

VSA3L

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete the odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

**B** DEALER REASSIGNMENT

I am aware of the dealer's odometer certification    Date of Sale _____    Sale Price _____

Buyer(s) Printed Name _____    Buyer(s) Signature _____

Buyer(s) Address _____    City _____    State _____    Zip Code _____

ODOMETER READING _____ (No Tenths)    I certify to the best of my knowledge that the odometer reading is
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

Dealer(s) Signature _____    Dealer(s) Printed Name _____    Dealer Number _____    Licensing Jurisdiction _____

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer. Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F

**C** DEALER REASSIGNMENT

I am aware of the dealer's odometer certification    Date of Sale _____    Sale Price _____

Buyer(s) Printed Name _____    Buyer(s) Signature _____

Buyer(s) Address _____    City _____    State _____    Zip Code _____

ODOMETER READING _____ (No Tenths)    I certify to the best of my knowledge that the odometer reading is
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

Dealer(s) Signature _____    Dealer(s) Printed Name _____    Dealer Number _____    Licensing Jurisdiction _____

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer. Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F

**D** DEALER REASSIGNMENT

I am aware of the dealer's odometer certification    Date of Sale _____    Sale Price _____

Buyer(s) Printed Name _____    Buyer(s) Signature _____

Buyer(s) Address _____    City _____    State _____    Zip Code _____

ODOMETER READING _____ (No Tenths)    I certify to the best of my knowledge that the odometer reading is
☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits
☐ Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

Dealer(s) Signature _____    Dealer(s) Printed Name _____    Dealer Number _____    Licensing Jurisdiction _____

The dealer certifies that the vehicle described in this title was transferred to the above buyer and that the odometer reading has been disclosed to the buyer. Seller warrants this certificate of title except that at the time of transfer it may be subject to a lien. See section F

**E** PERSONAL PROPERTY TAX RELIEF

**DOES YOUR VEHICLE QUALIFY FOR CAR TAX RELIEF?**

If you can answer YES to any of the following questions, your motor vehicle is considered by State Law to have a business use and does NOT qualify for Personal Property Tax Relief
- Is more than 50% of the vehicle's annual mileage used as a business expense for federal income tax purposes OR reimbursed by an employer?
- Is more than 50% of the depreciation associated with the vehicle deducted as a business expense for Federal Income Tax purposes?
- Is the cost of the vehicle expensed pursuant to Section 179 of the Internal Revenue Service Code?
- If the vehicle is leased by an individual, does the leasing company pay the tax without reimbursement from the individual?
This vehicle is for ☐ Personal Use    ☐ Business Use    Check one of the boxes    See business use criteria above

**F** LIEN INF

LIENOR'S NAME _____    LIENOR CODE _____    DATE OF LIEN _____

ADDRESS _____    CITY _____    STATE ZIP _____

**G** VEHICLE COLOR _Blue_    REGISTRATION PERIOD ☒ 1 YR ☐ 2 YRS ($2 discount) ☐ 3 YRS ($3 discount) (Emissions areas not eligible for 3 YR registration)

INSURANCE CERTIFICATION  A vehicle must be insured with liability coverage when it is registered, and it must remain insured while registered, whether or not it is operated, OR the uninsured motor vehicle fee must be paid  Penalties are severe for violation of this requirement
I/We certify that (check one)
☒ This vehicle is insured by a liability policy issued through an insurance company licensed to do business in Virginia and it will remain insured while registered, whether or not it is operated  Provide name of insurance company _The General_
☐ This vehicle is not insured, therefore, I am remitting the applicable uninsured motor vehicle fee (This fee provides no insurance coverage)

POWER OF ATTORNEY FOR NON-RESIDENT(S) AND CORPORATION(S) NOT DOMICILED IN VIRGINIA  Pursuant to the provisions of Virginia Code §46 2-601, I/we appoint the Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia, to be my/our true and legal agent upon whom all legal processes against me/us may be served in any legal proceeding arising from the operation and/or use of any motor vehicle registered in my/our name(s) in the Commonwealth of Virginia  I/we agree that any lawful process or notice to me/us which is served on the Commissioner shall have the same legal effect as if served on me/us within the Commonwealth of Virginia

PRIVACY NOTICE  The information, including Social Security Number, is requested in accordance with Virginia Code §§46 2-623 and 46 2-629  Any person who refuses to supply the required information will be denied a certificate of title and/or registration  Title and registration records may be disseminated in accordance with §§46 2-208 through 46 2-214, to business, law enforcement or authorized government entities

**H** CERTIFICATION OF BUYER

NO PAPER TITLE - Check this box ☐ if you do not want a paper title issued to you  An electronic Certificate of Title will remain on the file for this vehicle at DMV

If this application is for joint ownership, do you wish clear rights of ownership to be transferred to the surviving owner in the event of the death of either the owner or co-owner?    ☐ YES ☒ NO

Are any of the vehicle owners on active military duty or service?    ☐ YES ☒ NO

I/We certify and affirm under penalty of perjury that the information contained in this application is true and correct to the best of my/our knowledge  I/We understand that it is unlawful to knowingly make a false statement and any violation may be prosecuted as a felony as provided in Virginia law

SIGNATURE OF APPLICANT _____    DATE  _May - 23 - 2025_

SOCIAL SECURITY NUMBER/FEIN OR CUSTOMER IDENTIFIER OF APPLICANT    PHONE NUMBER

STREET _____

CITY _Charlottesville_    STATE _VA_    ZIP _22911_

EMAIL ADDRESS _____    _S - 23 - 2025_

SIGNATURE OF CO APPLICANT _____    DATE _____

SOCIAL SECURITY NUMBER/FEIN OR CUSTOMER IDENTIFIER OF CO-APPLICANT    PHONE NUMBER ( )

EMAIL ADDRESS OF CO-APPLICANT _____

VEHICLE PRINCIPALLY GARAGED IN CITY, TOWN COUNTY OR STATE OF
☐ CITY OR TOWN OF _____    ☐ COUNTY OF _Albemarle_
WITH LIEN ☐ YES ☐ NO  Proof of Address (specify proof document presented) _____

**DMV USE ONLY**

SALE PRICE $ _2100._ BEFORE TRADE IN ALLOWANCE

TAX $ _112 05_ (MINIMUM TAX MAY APPLY)

TITLE FEE $ _15_

TRANSFER FEE $ _____

REG FEE $ _3575_

WT INCREASE FEE $ _____

PERSONALIZED / PLATE FEE $ _____

UMV FEE $ _____

OTHER $ _____

TOTAL $ _1628_

PAID DMV
CHV-612
MAY 23 2025

Margin left: PURCHASER MUST SECURE A NEW TITLE, OR SURRENDER THIS ONE TO DMV WITHIN 30 DAYS OF SALE DATE — APPLICATION FOR REGISTRATION (LICENSE PLATES ISSUED)

Margin: Reassignment Form. Control No. (if applicable) — ANY ALTERATIONS OR ERASURE WILL VOID THIS CERTIFICATE OF TITLE AND IT MUST THEN BE SURRENDERED TO SECURE A REPLACEMENT

VSA5L REV (6/19)

Right margin: Log# _Sa 2/25_  PLATE TYPE _PRVL_  PLATE NO _TRXU420_  EXPIRE DATE _05/26_  TITLE NUMBER _2415600020_  CLERK INITIALS



# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE FOR A VEHICLE
### KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH, THAT THE APPLICANT NAMED ON THE FACE HEREON HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE, AND THAT, FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE HEREON DESCRIBED VEHICLE IS SUBJECT TO THE SECURITY INTEREST RECORDS ON FILE WITH THIS DEPARTMENT, AND AS DESCRIBED HEREON, IF ANY. THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH ALSO PROVIDE THAT ALL TITLE AND REGISTRATION INFORMATION IN THE OFFICE OF THE DEPARTMENT OF MOTOR VEHICLES IS PRIVILEGED AND ONLY SUBJECT TO DISSEMINATION TO AUTHORIZED AGENCIES, BUSINESS ORGANIZATIONS OR AGENTS, GOVERNMENTAL ENTITIES AND INDIVIDUALS UNDER THE CONDITIONS SPECIFIED BY MOTOR VEHICLE CODE SECTIONS 46.2-208, 46.2-209 AND 46.2-210.

ESTABLISHED 10/22/25    365    DMVDLO    ORIGINAL

| VEHICLE IDENTIFICATION NO. | | YEAR | MAKE | VEHICLE BODY | TITLE NO. |
|---|---|---|---|---|---|
| 5FNRL5H90CB020642 | | 2012 | HONDA | VAN | 2213091150 |

| EMPTY WGT. | GROSS WGT. | GVWR | GCWR | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 4541 | | | | 2 | GAS | VA EXEMPT | *259115* | 10/22/25 |

| OTHER PERTINENT DATA | ODOMETER BRAND | PRIOR TITLE.NO. |
|---|---|---|
| 003277 | ACTUAL | 2415600922 |

Name(s) and address(es) of vehicle owners:
WILLOW SPRING GARAGE

▓▓▓▓▓▓▓▓A 22█████6601

THIS IS NOT A TITLE NUMBER
G5A100153

NO LIENS

VOID IF ALTERED

**A**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following (printed name and address of Buyer(s)).

Buyer(s) Name: _____

Street: _____ City, State, Zip: _____

ODOMETER READING (No. Tenths): _____

I certify to the best of my knowledge that the odometer reading is: ☐ ACTUAL Mileage ☐ NOT ACTUAL Mileage (odometer discrepancy) ☐ IN EXCESS of Mechanical Limits ☐ Vehicle was exempt from disclosure in prior state of title (applicant must present out of state title showing exemption)

DATE OF SALE _____

SALE PRICE _____

Signature of Seller(s) _____    Printed Name of Seller(s) _____

Signature of Buyer(s) _____    Printed Name of Buyer(s) _____

I am aware of the above odometer certification made by the Seller(s)

I am aware of the above odometer certification made by the Seller(s)

Seller warrants this certificate of title except that at the time of transfer it may be subject to lien. See section F.    Dealer's No. _____    Licensing Jurisdiction _____

ASSIGNMENT OF TITLE BY OWNER — NOTIFY DMV WHEN VEHICLE IS SOLD

10-28


www.dmv**Now**.com
Virginia Department of Motor Vehicles
Post Office Box 27412
Richmond, Virginia 23269 0001

# VEHICLE PRICE CERTIFICATION
## (VEHICLE MUST BE MORE THAN 5 YEARS OLD)

SUT 1 (06/10/2014)

**Purpose.** This form is used by individuals (not motor vehicle dealers) to certify the purchase price of a motor vehicle more than 5 years old in order to obtain a vehicle title

**Instructions:** Seller or Purchaser completes Vehicle Information section and signs the appropriate Certification section

## VEHICLE INFORMATION

| YEAR (more than 5 years old) | MAKE | MODEL | BODY TYPE |
|---|---|---|---|
| 2012 | Honda | Odyssey | Minivan |

| VEHICLE IDENTIFICATION NUMBER (VIN) | COLOR | SALE DATE (mm/dd/yyyy) |
|---|---|---|
| 5FNRL5H98CS022642 | Blue | 5-23-2025 |

## SELLER CERTIFICATION

In accordance with all applicable statutes, administrative rules and regulations, I certify that the selling price of the above-described motor vehicle was
$ _____, which included all accessories and/or attachments with no trade-in allowance or any other transaction  I further certify and affirm that all information presented in this form is true and correct, that any documents I have presented to DMV are genuine, and that the information included in all supporting documentation is true and accurate  I make this certification and affirmation under penalty of perjury and I understand that knowingly making a false statement or representation on this form is a criminal violation

PAID DMV

| SELLER NAME (print) | SELLER SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

MAY 2 3 2025

## PURCHASER CERTIFICATION

CHV-612

In accordance with all applicable statutes, administrative rules and regulations, I certify that the purchase price of the above-described motor vehicle was
$ 2,700, which included all accessories and/or attachments with no trade-in allowance or any other transaction  I further certify and affirm that all information presented in this form is true and correct, that any documents I have presented to DMV are genuine, and that the information included in all supporting documentation is true and accurate  I make this certification and affirmation under penalty of perjury and I understand that knowingly making a false statement or representation on this form is a criminal violation

| PURCHASER NAME (print) | PURCHASER SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| Sharon Jenkins | | 5-23-2025 |



Virginia Department of Motor Vehicles
Post Office Box 27412
Richmond, Virginia 23269-0001

MSL Notice of Sale

AUCTION DATE: 09-16

## Vehicle Information to be Posted

### Vehicle, Trailer, or Manufactured Home Information

Vehicle Identification Number: 5FNRL5H90CB020642

Make: HOND

Model: ODYSSEY

Year: 2012

Claim By Date: 8/24/2025

### Vehicle Location:

Street Address: ▓▓▓▓▓▓▓▓

City / Town / Village: CHANTILLY

State: VA

Zip / Postal Code: 20151

### Contact Information:

Telephone Number: ▓▓▓▓▓

Email Address: ▓▓▓▓▓▓▓OM

### Sale Information:

Business Name: WILLOW SPRING TOWING & RECOVERY, IN

Date of Sale: 9/16/2025 12:00:00 AM

Time of Sale: 12:00:00 AM

Street Address: ▓▓▓▓▓▓▓▓

City / Town / Village: CHANTILLY

State: VA

Zip / Postal Code: 20151





www.dmvNow.com

Virginia Department of Motor Vehicles
Post Office Box 27412
Richmond, Virginia 23269-0001

**MSL Record Request Receipt**

**READY TO POST ON:**

‾5-8‾-25‾

Wednesday, August 2, 2025

**Thank you! Your request has been processed.**

A search of the National Motor Vehicle Titling Information System (NMVTIS) has found that the vehicle listed below is titled in the state of VA.

The vehicle owner and lienholder (if applicable) have until 8/24/2025 to reclaim the vehicle listed below. You can proceed to the Notice of Sale transaction and enter your intended date of sale. You must complete the Notice of Sale transaction within 30 days from the "Must Claim by Date" on this receipt and wait the required 21 days before selling the vehicle.

**Keep this receipt for your records!**You will need the transcript ID number and the vehicle identification number (VIN) when posting your Notice of Sale. Once you have posted the Notice of Sale and satisfied the time requirement, you must submit this Mechanic's and Storage Lien Record Request receipt. You are required to present this printed receipt and the completed Mechanic's and Storage Lien Affidavit of Compliance form (VSA418) as proof of compliance before providing to the purchaser of the vehicle.

Authorization Number:  004328

Transaction Amount:  $40.00

**Vehicle, Trailer, or Manufactured Home Information**

Vehicle Identification Number:  5FNRL5H90CB020842

Make:  HOND

Model:  ODYSSEY

Year:  2012

Transcript ID:  262160114

Must Claim by Date:  8/24/2025

**Vehicle Location:**

Street Address:  ███████████

City / Town / Village:  CHANTILLY

State:  VA

Zip / Postal Code:  20151

**Contact Information:**

First Name:  WOODROW

Middle Name:  W

Last Name:  HERRING

Telephone Number:  ███████

Email Address:  ███████████

If the vehicle make, model, or year displayed above is incorrect, or does not match the abandoned property in your possession, contact DMV Direct at (804) 367-6745. Deaf or hearing impaired customers may connect with the teletypewriter device (TTY) at 1-800-272-9268.

Conduct Another Transaction

## Danielle Hidebrand

From:       Danielle Hidebrand
Sent:       Friday, January 9, 2026 11:07 AM
To:         Danielle Hidebrand
Subject:    Messages between Shaun Jenkins, and Mario jones

10:30                          LTE





Text Message - SMS
Fri, Aug 1 at 1:08 PM



I spoke the person and your good
to get the stuff out of the car

Just call them when your on the
way

Thanks! We're grateful for all your
help! From the Jenkins family of 6

Sun, Aug 3 at 4:25 PM

Good evening. My apologies if
you're off today. My children need
to get back in town so I'm
checking to see if you all have
heard anything pertaining to us
getting our car back? Thanks for
your time

Mon, Aug 4 at 5:16 PM

Hello! I'm keeping a dialogue of
everyone I've come in contact with
as far as this case goes . Would
you mind providing me with your
name? Thanks!

1

10:31    LTE



you hand providing me with your name? Thanks!

Tue Aug 6 at 10:03 AM

Deputy hildebrand

Tue Aug 6 at 11:50 AM

Hey question, what is the exact date that you went to the DMV?

**Let me look at my registration**

Ok thank you

Also, if it's possible, can you send me a picture of the title and information. So we can have it for the records I'm trying to work with DMV but they need his exact dates.

The DMV said it is exact dates so that's what I'm trying to get now

**I don't understand.**

To request the information from the DMV I need the exact date that you both where there and doing the title work

+    Text Message · RCS

2



10:31         .ıl LTE 🔋

...title can you send me a picture

I gave the dates to you all already.
It's the same date that I purchased
insurance for the vehicle and the
same day the perpetrator should
have cancelled his unless the
vehicle was uninsured while in his
possession.
The date is on the registration and
the title. DMV has all this
information and so does the owner
of the taxi cab company we
bought it from

Marios taxi cab company sold the
vehicle. The owner sold the
vehicle.

He made the false claim. Shouldn't
you all be asking him these
questions?

I appreciate your help. I'm being
careful of what information I give
because you already said the DMV
and Commonwealth were handling
the investigation. If that's the case,
they will find Mario committed a
felony based on his false claim to
the State

+    Text Message • RCS      🎤

 10:31  LTE

 

the state

I was working on getting the video from the DMV but thank you.

They won't give it to y'all? Didn't Green county put out the stolen vehicle search? Isn't it yalls case?

Wed, Aug 20 at 5:42 PM

Hey Mr. Jenkins this is Deputy Hildebrand from Greene County, I was calling you to see if we could meet here at the sheriffs department one day this week. To discuss this case in person. If you're willing to do so please give me a call back or let me know a date and time that works for you. Thank you.

Fri, Aug 22 at 7:19 PM

Hello!

Due to the nature of our situation, I am unable to make it to your department to discuss the case. Do you have time to discuss on the phone?



4

10:32    .ıll LTE

‹

discuss this case in person. If
you're willing to do so please give
me a call back or let me know a
date and time that works for you.
Thank you.

Fri  Aug 23 at 2 59 PM

Hello!

Due to the nature of our situation, I
am unable to make it to your
department to discuss the case.
Do you have time to discuss on
the phone?

No I understand, I believe there's a
court date next week on the 27th.
We can just follow up then if that
works.

Yes that's perfect.

Mon  Sep 8 at 1 24 PM

Hello, can you give me a name and
contact for the new detective on
the case? Who's working the
investigation?. Is it still you?

Shaun Jenkins here by the Way.

+

Sent from my iPhone

5

## Danielle Hidebrand

**From:**      Danielle Hidebrand
**Sent:**      Thursday, July 31, 2025 3:28 PM
**To:**        Danielle Hidebrand
**Subject:**   Mario J





2



3















Sent from my iPhone

## Danielle Hidebrand

**From:**       Danielle Hidebrand
**Sent:**       Tuesday, January 6, 2026 12:10 PM
**To:**         Kaitlyn Schmitt
**Subject:**    Case 25L-20872

Good afternoon,

Do you recall the visit I made to your office in July of this year, when I sought your advice about a potential stolen car issue? However, we were unsure of how to handle it, so we contacted the Commonwealth for advice. Then Win informed us that it was a case of obtaining property by false pretenses, 18.2-178.

Can you write a supplement to this report of what was told to you or what happened?

25L-20872

1

## Danielle Hidebrand

**From:**  Chip Herring ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:**  Wednesday, January 7  2026 11:42 AM
**To:**  Danielie Hidebrand
**Subject:**  Re: 2012 Honda Odyssey vin# 20642

Good morning,

I believe I have already sent everything we have, but I will review the file again to confirm.

It was our understanding that we were clear to proceed with the MSL process, as there were no red flags or other issues noted in the DMV records, and the owner of record had been properly notified. I completely understand the concern regarding the initial evidence hold. However, in our 80 years of law enforcement towing, we have never encountered a situation where a vehicle reached the completion of the MSL process while an evidence hold was still in place. Typically, the hold is released at some point during that approximately two-month period, or the jurisdiction takes possession of the vehicle for long-term storage.

As previously mentioned, we have nearly $5,000.00 in towing and storage fees that were never paid.

At the time, the vehicle had approximately 259,115 miles and was in fairly rough condition. Under normal circumstances, we would not have applied for a title and would have scrapped the vehicle. In this case, however, we did obtain a title, which was an additional step cleared through the DMV, and we also held the vehicle for an additional month after the MSL process was completed.

All that being said, we have been in business since 1941 under the same ownership and have provided law enforcement towing services for nearly that entire time. We take our obligations very seriously. I do not see any additional notes in our records at this time but as state earlier, we will continue to check. Thank you.

Respectfully,

Woodrow W. Herring III
Vice President

Willow Spring Towing & Recovery, Inc

**From:** Danielle Hidebrand <dhildebrand@gcvasheriff.us>
**Sent:** Wednesday, January 7, 2026 9:05:10 AM

1

**To:** Chip Herring █████████████████████████████
**Subject:** Re: 2012 Honda Odyssey vin# 20642

Thank you I really appreciate it,
also I would like to request a copy of your detailed notes/ records with the date and times of when someone have spoken with your company from GREENE County. And also the information of who released the car.

Also, do you recall or whoever took the phone call on August 10. 2025 remember if it was a female caller or male caller who gave permission to release the car.

Feel free to call me or email me if you have any questions. Thank you again

Sent from my iPhone

On Jan 6, 2026, at 3:18 PM, Chip Herring ███████████████████████████████████ wrote:

Good Afternoon,
        Please see the attached documents. It includes the original invoice, the transcript of vehicle record from DMV, the MSL (Mechanics & Storage Lien) Record Request Receipt, photo of the vehicle, the official DMV Notice of Auction, and finally a copy of the title we obtained. The vehicle remained in our possession from July 29, 2025, until approximately November 3, 2025. The towing and storage fees were never paid, and the vehicle was never picked up. As the documents confirm we processed the vehicle through the MSL process and eventually obtained a title. If you need anything else, feel free to respond to this email. Thank you.

Respectfully,

Woodrow W. Herring III
Vice President

Willow Spring Towing & Recovery, Inc
        *Established 1941*

<Re 2012 Honda Odyssey vin 20642.pdf>

2